## USERY & ASSOCIATES

| | | |
|---|---|---|
| KATHLEEN M. DeLANEY, ESQ<br>Admitted in CA | **MAILING ADDRESS:**<br>**P.O. BOX 2996**<br>HARTFORD, CT 06104-2996 | Direct Dial: 925-746-3939<br>Email: KDELANE5@TRAVELERS.COM |

TELEPHONE: 917-778-6680
FACSIMILE: 844-571-3789

### MEMORANDUM ENDORSED

March 15, 2023

<u>**Via ECF**</u>
Hon. Gabriel W. Gorenstein
United States Southern District Court of New York
500 Pearl Street
New York, New York 10007

Re:   *Spektor v. The Travelers Home and Marine Insurance Company*,
      USDC SDNY Case No. 22-cv-04996 (RA)

Dear Judge Gorenstein,

Please accept this correspondence as a joint letter requesting the settlement conference in this matter be moved to a telephonic settlement conference on April 19, 2023.

The parties are making the request to facilitate both full preparation for the settlement conference and attendance by all parties.

We thank the Court for their time and attention to our request.

| | |
|---|---|
| The parties' request to hold the conference by telephone on April 19, 2023, at 10:00 a.m. is granted. The Court will provide to the parties dial-in information for a telephone conference separately by email  Submissions due April 13, 2023.<br><br>So Ordered.<br><br>*[signature]*<br>GABRIEL W. GORENSTEIN<br>United States Magistrate Judge<br>March 15, 2023 | Very truly yours,<br><br>***/s/ Kathleen M. DeLaney***<br><br>Kathleen M. DeLaney |

| CONNECTICUT OFFICE:<br>**ONE TOWER SQUARE**<br>**MS04A-0000**<br>**HARTFORD, CT 06183** | NEW YORK OFFICE:<br>**485 LEXINGTON AVENUE**<br>**7TH FLOOR**<br>**NEW YORK, NY 10017** | PENNSYLVANIA OFFICE:<br>**10 SENTRY PARKWAY**<br>**SUITE 300**<br>**BLUE BELL, PA 19422** | CALIFORNIA OFFICE:<br>**655 N CENTRAL AVENUE**<br>**SUITE 1100**<br>**GLENDALE, CA 91203** |
|---|---|---|---|