UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
GREGORY SPEKTOR                                      :

              Plaintiff,                         :     ORDER

   -v.-                                                        :
                                                          22 Civ. 4996 (RA) (GWG)
THE TRAVELERS HOME AND MARINE         :
INSURANCE COMPANY,
                                               :
              Defendant.
---------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      The location of the settlement conference scheduled for October 17, 2023 at 2:30 p.m. is changed to Room 906, which is located in the Thurgood Marshall United States Courthouse at 40 Centre Street, New York, New York.  All attorneys are directed to ensure that the other attorneys on this case are aware of the change and that their clients, interpreters and/or insurers attending the conference are also aware of the change.

      SO ORDERED.

Dated: October 13, 2023
       New York, New York

                                                       GABRIEL W. GORENSTEIN
                                                       United States Magistrate Judge